FILED 30 JUN '23 10:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Daniel Applegate

*(Enter full name of plaintiff)*

Annette Christina Applegate
David Andrew Applegate

Plaintiff,

v.

Legacy Emanuel Hospital

~~Sheriff Nicole Morrissey O'Donnell~~

Multnomah County Sheriffs
Office* Multnomah County Detention Center (Full Capacity)

*(Enter full name of ALL defendant(s))*

Multnomah County Sheriffs Office East Metro*
Christopher Behre, Metropolitan Public Defenders
Peter Broberg, Metro Pub. Def
Elizabeth Woloczin, Metro Pub Defendants

Defendant(s).

Civil Case No. 3:23-cv-966 SI
*(to be assigned by Clerk's Office)*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS ~~(PRISONER COMPLAINT)~~

Jury Trial Demanded
☐ Yes    ☐ No

(margin notes:)
Athena Browne ^ramoga
Hailey Alexandria Clayton
Suhiba Nazifa Rezayee

### I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Daniel Applegate
Street Address: 1120 SW 3RD Avenue
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

DEF5.| PETER BROBERG, METROPOLITAN PUBLIC DEFENDERS
DEF6.| ELIZABETH WOLOCZIN, MPD → 101 SW Main St
DEF7.| CHRISTOPHER BEHRE, MPD → Suite 1100
PORTLAND, OR 97204

**Defendant No. 1** Name: LEGACY EMANUEL HOSPITAL,
Street Address: LEGACY EMANUEL HOSPITAL
City, State & Zip Code: NE Portland, Oregon 97204
Telephone No.: _____

DEF 8.|
~~Athena Braenna~~
Athena Breanne
Cromoga
20121 SE Stark Street
Gresham, OREGON 97030

**Defendant No. 2** Name: MCSO MCDC (Full Capacity)
Street Address: 1120 SW 3RD AVENUE
City, State & Zip Code: PORTLAND, OREGON 97204
Telephone No.: _____

**Defendant No. 3** Name: MCSO East Metro (FULL CAPACITY)
Street Address: MCSO East Metro
City, State & Zip Code: TROUTDALE, OREGON 97060
Telephone No.: _____

DEF 9.|
~~Hailey May~~
Hailey Alexandria
Clayton
20121 SE Stark Street
Gresham, OREGON 97060

**Defendant No. 4** Name: David Andrew Applegate
Street Address: 1262 SW Kings Byway
City, State & Zip Code: TROUTDALE, OREGON 97060
Telephone No.: _____

Annette Christina Applegate
1262 SW KINGS BYWAY TROUTDALE, OREGON 97060

**II. BASIS FOR JURISDICTION**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

DEF 10|
Suhiba Nazifa
Rezayee
125 NE Bella Vista
Gresham, OREGON 97030

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

U.S. Constitional 8th Amendment DUE PROCESS

**B. What federal constitutional, statutory, or treaty right(s) is/are at issue?**

U.S. CONSTITUTONAL 8th Amendment "CRUEL & PUNISHMENT
VOYEURISM
DELIBERATE INDIFFERENCE
ATTORNEY-CLIENT PRIVELAGE

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 12-9-19 MCSO MCDC staff escorted me to LEGACY EMANUEL PORTLAND IN NORTH PORTLAND. UNDER THE PRETEXT I WAS TO UNDERGO SURGERY FOR A DISLOCATED FINGER (INDEX, RIGHT). L. EMANUEL HOSPITAL STAFF DID AN ILLEGAL OPERATION ON ME WHILE I WAS UNCONSCIOUS AND AGAINST MY WILL WHERE THEY CAN HEAR MY THOUGHTS, MAKE ME FORGET, PUT A THOUGHT IN MY HEAD, MAKE ME SEE PICTURES AND VIDEOS AND THEY (MCSO) HAVE BEEN FLASHING A WHITE LIGHT SINCE 2019 CALLED A DEAD LIGHT OR DEAD LIT. MCSO CAN ALSO CONTROL MY BODY & VOICE AND HAVE BEEN DOING SO SINCE 2019. INCLUDING AT OREGON STATE HOSPITAL JULY 2021 TO DEC WHERE I COULDN'T WALK STRAIGHT

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

MCSO EAST & MCDC staff have a microphone IN MY CELL and have been talking to ME SINCE 2019 every time I'm in jail SINCE 2019 and while I'm NOT IN JAIL and waking me up from sleep. They also have a camera in the cell and watch me masturbate and make sexual comments to me. I have reported this to PREA NUMEROUS

_____
_____
_____
_____
_____
_____
_____
_____

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

MCSO MCDC have informants (other inmates) in the jail watch me via cam in my cell* and their cell has cam watch me masturbate, eat, sleep, write legal work, etc. and informants report to MCSO MCDC staff what i'm doing. INFORMANTS ARE PAYED EXTRA TREYS/FOOD, CANTEEN MAGAZINES AND SHOWN LEGAL WORK ABOUT ME VIOLATING ATTORNEY-CLIENT PRIVELAGE

*(If you have additional claims, describe them on another piece of paper, using the same outline.)* * also a camera in my eye

Complaint for Violation of Civil Rights (Prisoner Complaint)   4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes     ☒ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I Want $500,000
Please and [illegible]

I declare under penalty of perjury that the foregoing is true and correct.
Signed this 26th day of JUNE, 2023

_D. Applegate_
(Signature of Plaintiff)

CLAIM # 3

Christopher Behre, Peter Broberg, and Elizabeth Woloczin were informed by me MCDC MCSO, EAST METRO MCSO, MCDC INFORMANTS, DAVID APPLEGATE, ANNETTE APPLEGATE, and them, could hear my thoughts, and did not report it, and Christopher Behre, Peter Broberg, and Elizabeth Woloczin conspired and worked with MCSO MCDC and MCSO EAST informants David Applegate, Annette Applegate, sharing showing them legal work with me which violates ATTORNEY CLIENT PRIVELAGE. David Applegate and Annette Applegate were hired by MCSO MCDC and MCSO East Metro to watch me via a camera in my eye since 2019 to todays date June 26TH 2023 still, everywhere I go including while masturbating, showering, and having sex which violates state law and is VOYEURISM, a SEX OFFENSE. David Applegate, MCSO informa My brother, made a comment to me in December 2022 stating "Big deal, we can hear your thoughts." and "We are all robots". This was in front of Annette Applegate



**Multnomah County Health Department**

Date/Time Received in Medical: _____

MRN: _____

# Medical Request Form (MRF)

**If you have an emergency, tell a deputy or health staff right away!**

Name: _____   Today's Date: _____

SWIS ID#: _____   Current Time: _____

Date of Birth: _____   Housing Unit: _____

Are you allergic to any food or medicines? If yes, please explain: _____
_____

What is your non-emergency health concern? _____
_____
_____
_____
_____
_____

How long have you had this problem? _____
_____

You will not be charged for any care or treatment provided by Corrections Health, this includes not being charged for: Medical care, mental health care, and dental care, and also outside appointments scheduled by Corrections Health.

We offer free vaccinations (Seasonal Flu, Covid-19, Hepatitis A&B, Tetanus and more)
We also offer free STD screening and treatment.

If you are interested, please submit a MRF and you will be contacted by a Corrections Health Staff Member.

I give my permission to get medical, dental, or mental health exams and treatment from medical staff.

Signature: _____

COR-202 - 8/12/21

Athena Breanne Cromoga and Hailey Alexandria Clayton are also confidential informants employed by the Multnomah County East Metro to monitor me* and hear my thoughts and let Metro office of MCSO know "whats going on with me". Suhiba Nazifa Rezayee also a C.I. of East Metro.

* via the camera in my eye


**Multnomah County**
Health Department

Date/Time Received in Medical:

MRN: _____

# Medical Request Form (MRF)

### If you have an emergency, tell a deputy or health staff right away!

Name: _____    Today's Date: _____

SWIS ID#: _____    Current Time: _____

Date of Birth: _____    Housing Unit: _____

Are you allergic to any food or medicines? If yes, please explain: _____
_____

What is your non-emergency health concern? _____
_____
_____
_____
_____
_____

How long have you had this problem? _____
_____

You will not be charged for any care or treatment provided by Corrections Health, this includes not being charged for: Medical care, mental health care, and dental care, and also outside appointments scheduled by Corrections Health.

We offer free vaccinations (Seasonal Flu, Covid-19, Hepatitis A&B, Tetanus and more)
We also offer free STD screening and treatment.

If you are interested, please submit a MRF and you will be contacted by a Corrections Health Staff Member.

I give my permission to get medical, dental, or mental health exams and treatment from medical staff.

Signature: _____

COR-202 - 8/12/21