IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL APPLEGATE,

          Plaintiff,

v.

LEGACY EMANUEL HOSPITAL, et al.,

          Defendants.

Case No. 3:23-cv-00966-SI

JUDGMENT

SIMON, District Judge.

Because Plaintiff has not responded to the Court's August 2, 2023 Order pertaining to the filing fee requirement associated with this case, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

 September 11, 2023   
       DATE

                                  Michael H. Simon  
                                  United States District Judge

1 - JUDGMENT